THE TOWN OF WALTON, Respondent, *v.* HUGH ADAIR, Appellant.

*Town of Walton* v. *Adair*, 111 App. Div. 817, affirmed.
(Argued January 21, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April

2, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover moneys alleged to have been illegally paid by the defendant as county treasurer to the supervisor of the town of Walton.

*C. L. Andrus* for appellant.

*A. G. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.